UNITED STATES BANKRUPTCY COURT
District of Maine

In the matter of:

**DAV J. MIZRACHI**
**JACQUELINE MIZRACHI**

Debtors

Chapter 13
Case No. 06-10418

Trustee's Final Report, Accounting,
Application for Discharge of Trustee and Closing Order

TO THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MAINE, respectfully represents Peter C. Fessenden, the Standing Chapter 13 Trustee, that he has performed all of the services required of him as Trustee, collected payments made by or on behalf of the debtors and made disbursements as provided by the Court in its orders regarding this case.

The Court has ordered that this case be dismissed pursuant to § 1307(c) of the Bankruptcy Code.
The funds received and disbursed by the Trustee during his administration of this case are as follows:

| | | |
|---|---|---:|
| 1. | GROSS CASE RECEIPTS | 2,368.00 |
| 2. | Trustee Compensation | 186.97 |
| 3. | Fee for Attorney for Trustee | 0 |
| 4. | Fee for Attorney for Debtor | 0 |
| 5. | Other Professionals | 0 |
| 6. | All Expenses, including Trustee's Expenses | 0 |
| 7. | Distributions to Secured Creditors | 2,131.03 |
| 8. | Distributions to Priority Creditors | 0 |
| 9. | Distributions to Unsecured Creditors | 0 |
| 10. | Distributions to Equity Security Holders | 0 |
| 11. | Payments to All Others, except payments to Debtors | 0 |
| 12. | Subtotal (sum of lines 2 through 11) | $2,318.00 |
| 13. | Payments to Debtors | 50.00 |
| 14. | TOTAL DISBURSEMENTS (sum of lines 12 and 13) | $2,368.00 |
| 15. | Total of Allowed Secured Claims | 2,131.03 |
| | (if line 7 is zero, do not complete) | |
| 16. | Total of Allowed Priority Claims | |
| | (if line 8 is zero, do not complete) | |
| 17. | Total of Allowed Unsecured Claims | |
| | (if line 9 is zero, do not complete) | |

Attached hereto is a copy of the Trustee's Final Report and Account reflecting all activity in the above entitled estate.  The Trustee certifies that he has made distribution of all funds in this estate in according with this Final Report.  All disbursement checks have cleared.  There remain no further funds in the hands of the Trustee.

WHEREFORE, the Trustee prays that this final report and accounting be accepted and approved, that he be discharged of his trust, and that the Court enter its Order closing the estate.

Date:     July 13, 2007

/s/ Peter C. Fessenden_____
PETER C. FESSENDEN, Esq.
Standing Chapter 13 Trustee
14 Maine Street - Suite 307
Post Office Box 429
Brunswick, ME  04011-0429

**UNITED STATE BANKRUPTCY COURT**
District of Maine

Page 1

| In RE: | DAV MIZRACHI | JACQUELINE MIZRACHI | Case Number | Report Printed | 7/13/2007 |
|---|---|---|---|---|---|
| | 26 COOMBS STREET | | 06-10418 | | |
| | BANGOR ME 04401 | | | | |

## FINAL REPORT AND ACCOUNT

**Dismissed**

SS #: xxx-xx-7829
SS #: xxx-xx-1736

Plan Filed: 10/6/2006    Plan Confirmed:    Case Concluded: 07/13/2007
Attorney: PERRY O'BRIAN, ESQ.

Pursuant to Chapter 13 Rule 2015(c), the trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements. Copies of these detailed records will be filed with the Court, along with along with the closing report, and as provided by Chapter 13 Rule 2015(c) are incorporate by reference in this report.

RECEIPTS: Amount paid to the trustee by or for the Debtor for benefit of Creditors.    $2,368.00

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| OPTION ONE MORTGAGE CORP. | 105-0 | Secured | 8,000.00 | 299.79 | | | $7,700.21 |
| OPTION ONE MORTGAGE CORP. | 107-0 | Continue | 0.00 | 1,831.24 | | | $0.00 |
| PERRY O'BRIAN, ESQ. | 899-0 | Attorney | 0.00 | | | | $0.00 |
| DAV MIZRACHI | 990-0 | DbtrRefnd | 50.00 | 50.00 | | | $0.00 |
| PETER FESSENDEN, CH 13 TRUSTEE | TRS-0 | Trustee | 0.00 | 186.97 | | | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $236.97 | | |
| Total Paid | $299.79 | $0.00 | $0.00 | $0.00 | $0.00 | $1,831.24 | $236.97 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Total Paid | $2,368.00 |

/s/ Peter C. Fessenden
Peter C. Fessenden
STANDING CHAPTER 13 TRUSTEE